**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

Antonio Padilla,

Plaintiff,

- against -

United States Postal Service, United States Postal Inspection Services (USPS),

Defendants.

---------------------------------------------------------------X

**ORDER**

1:25-CV-00669 (RER) (RML)

**RAMÓN E. REYES, JR., District Judge:**

Plaintiff *pro se* Antonio Padilla ("Plaintiff" or "Padilla") filed this action asserting various claims against Defendants after his prospective employer revoked a conditional job offer based on plaintiff's criminal history.

By Memorandum & Order dated September 24, 2026, the Court dismissed Plaintiff's complaint without prejudice. (ECF No. 25). Plaintiff was, however, granted thirty (30) days to file an amended complaint curing the deficiencies identified in the Order. (*Id.* at 18). Plaintiff was informed that if he failed to file an amended complaint within the time allotted, judgment of dismissal shall be entered. (*Id.*) Plaintiff has failed to file an amended complaint.

Although Plaintiff paid the initial filing fee, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for purpose of an appeal. *See Nowak v. JP Morgan Chase Bank, N.A.*, No. 18-CV-4972 (BMC) (SJB), 2019 WL 8348895, at *2 (E.D.N.Y. Apr. 1, 2019) (citing *Coppedge v. United States*, 369 U.S. 438, 444–45 (1962)).

The Clerk of Court is directed to enter judgment dismissing the action without prejudice, close the case, and mail a copy of this Order to Plaintiff's last known address.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: October 30, 2026
Brooklyn, New York